Form ntcdsm

### UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.:  11–01022
Chapter:  13
Judge:  Susan Pierson Sonderby

In Re:
   Milton O Cabrera                     Noraima I Cabrera
   3804 S 60th Ct                         3804 S 60th Ct
   Cicero, IL 60804                    Cicero, IL 60804
Social Security / Individual Taxpayer ID No.:
   xxx–xx–0888                        xxx–xx–6095
Employer Tax ID / Other nos.:

---

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on April 5, 2012

FOR THE COURT

Dated: April 6, 2012

<u>Kenneth S. Gardner , Clerk</u>
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-01022-SPS
Milton O Cabrera                                                          Chapter 13
Noraima I Cabrera
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon          Page 1 of 2               Date Rcvd: Apr 06, 2012
                             Form ID: ntcdsm         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2012.
db/jdb          +Milton O Cabrera,   Noraima I Cabrera,   3804 S 60th Ct,   Cicero, IL 60804-4116
16660386        +CMRE Financial,   3075 E Imperial Hwy Suite 200,   Brea, CA 92821-6753
16660381        +Capital One Auto Loan,   3901 N Dallas Tollway,   Plano, TX 75093-7864
16660384        +Chase Bank USA,   PO Box 600,   Ashland, VA 23005-0600
16660385        +Chase Home Finance,   3415 Vission Dr,   Columbus, OH 43219-6009
17283104        +JPMorgan Chase Bank, NA.,   c/o Codilis & Associates PC,   15W030 North Frontage Road,
                 Suite 100,   Burr Ridge, IL 60527-6921
16660387        +SecCredit,   31550 Winter Place Park,   Salisbury, MD 21804-1882
16663596        +Security Credit Services, LLC,   PO Box 1156,   Oxford MS 38655-1156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17425280         EDI: RESURGENT.COM Apr 06 2012 23:03:00   B-Line, LLC,   P.O. Box 91121,   Dept. 550,
                 Seattle, WA 98111-9221
17081701        +EDI: OPHSUBSID.COM Apr 06 2012 23:03:00   BACK BOWL I LLC,   C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
16660379         EDI: BANKAMER2.COM Apr 06 2012 23:03:00   Bank of America,   PO Box 7047,   Dover, DE 19903
16660380        +EDI: TSYS2.COM Apr 06 2012 23:03:00   Barclays Bank,   Card Services,   PO Box 8802,
                 Wilmington, DE 19889-8802
17150186         EDI: RESURGENT.COM Apr 06 2012 23:03:00   CR Evergreen II, LLC,   MS 550,   PO Box 91121,
                 Seattle, WA 98111-9221
16698580        +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Apr 06 2012 23:47:32
                 Capital One Auto Finance (CODB),   P.O. Box 201347,   Arlington, TX 76006-1347
17149738         EDI: RECOVERYCORP.COM Apr 06 2012 23:03:00   Capital Recovery III LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16660383        +EDI: CHASE.COM Apr 06 2012 23:03:00   Chase Bank,   800 Brooksedge Blvd,
                 Westerville, OH 43081-2822
16660382         EDI: CHASE.COM Apr 06 2012 23:03:00   Chase Bank,   PO Box 36520,   Louisville, KY 40233-6520
16863028         EDI: CHASE.COM Apr 06 2012 23:03:00   Chase Bank USA, N.A.,   PO Box 15145,
                 Wilmington, DE 19850-5145
18268411        +EDI: RESURGENT.COM Apr 06 2012 23:03:00   East Bay Funding, LLC,
                 c/o Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
16745984        +EDI: BANKAMER.COM Apr 06 2012 22:58:00   FIA Card Services, NA as successor in interest to,
                 Bank of America NA and MBNA America Bank,   1000 Samoset Drive,   DE5-023-03-03,
                 Newark, DE 19713-6000
17506857         E-mail/Text: ECF@SHERMETA.COM Apr 06 2012 23:15:46   J.P. MORGAN CHASE BANK, N.A.,
                 c/o Shermeta, Adams & Von Allmen, P.C.,   P.O. Box 80908,   Rochester Hills, MI 48308-0908
16994849         EDI: PRA.COM Apr 06 2012 23:03:00   Portfolio Recovery Associates, LLC,   c/o Bank Of America,
                 POB 41067,   Norfolk VA 23541
                                                                                          TOTAL: 14

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 08, 2012**                    **Signature:**     _Joseph Speetjens_

District/off: 0752-1          User: kseldon          Page 2 of 2          Date Rcvd: Apr 06, 2012
                             Form ID: ntcdsm          Total Noticed: 22

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2012 at the address(es) listed below:
          David H Cutler    on behalf of Debtor Milton Cabrera david@cutlerltd.com
          Gloria C Tsotsos    on behalf of Creditor  JPMorgan Chase Bank, National Assocation
           nd-three@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Tom  Vaughn    ecf@tvch13.net,  ecfchi@gmail.com
                                                                              TOTAL: 4